DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN CLAUDE NOEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D10-1765

[June 8, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 07-9128CF10A.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

*ON REMAND FROM THE SUPREME COURT*

PER CURIAM.

Pursuant to the Florida Supreme Court's decision in *Noel v. State*, 2016 WL 1592703, No. SC14-274, SC14-1952 (Fla. April 21, 2016), this case is affirmed in part, reversed in part, and remanded to the circuit court for resentencing.

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*